# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**THE ESTATE OF AL P. JAEGER, KNOWN AND UNKNOWN HEIRS AND DEVISEES OF AL P. JAEGER, THE ESTATE OF JUNE E. JAEGER, KNOWN AND UNKNOWN HEIRS AND DEVISEES OF JUNE E. JAEGER, LINDA DOOLEY, BONNIE BLAZICEVICH, SANDY KUCERA, CRYSTAL LARSEN and WILLIAM JAEGER and FERGUS COUNTY, a political subdivision of the State of Montana,**<br><br>Defendants. | **CV 18-128-GF-BMM-JTJ**<br><br>**ORDER GRANTING MOTION FOR PUBLICATION OF SUMMONS** |

Upon motion of Plaintiff, United States, for an order directing Defendants, The Estate of Al P. and June E. Jaeger, and Unknown Heirs and Devisees, to appear, plead or answer in accordance with 28 U.S.C. § 1655, it appearing to the Court that this is an action to foreclose a reverse mortgage on real property located in Fergus County, Montana, within this district, described as follows:

> A tract of land in the NW¼SW¼, Section 23, Township 15 North, Range 18 East, M.P.M., Fergus County, Montana, described as follows, to-wit.

Starting at the West Quarter corner of Section 23, in Township 15 North, Range 18 East, M.P.M., thence North 87° 26' East 30 feet to the place of beginning; thence North 87° 26' East 445.7 feet to a point; thence South 22°18' East 210 feet to a point;   thence South 87°26' West 510 feet, more or less, to a point directly South and 200 feet distant from the place of beginning; thence North 200 feet to the place of beginning.

Common Address: 177 Roadhouse Road, Lewistown, Montana.

IT IS HEREBY ORDERED that the Clerk of District Court shall issue the Summons for Publication;

IT IS FURTHER HEREBY ORDERED that the Summons for Publication be published in *Lewistown News-Argus*, a newspaper published in Fergus County, Montana, once a week for six (6) consecutive weeks;

AND, IT IS FURTHER HEREBY ORDERED that the Defendants, the Estate of Al P. and June E. Jaeger, Known and Unknown Heirs and Devisees, is directed to appear, plead, answer or otherwise move with respect to the Amended Complaint herein, within twenty one (21) days after the last date of publication.

DATED this 23rd day of January, 2019.

_____
John Johnston
United States Magistrate Judge